UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| ROLAND CHRESTENSEN,<br>        Plaintiff, | 3:15-CV-00091-MC |
| vs. | ORDER |
| CAROLYN COLVIN,<br>Commissioner of Social Security,<br>        Defendant. | |

It is hereby ORDERED that attorney fees in the amount of $2340.44 shall be awarded to

Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The parties agree that

attorney fees will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no

debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program

as discussed in *Astrue v. Ratliff,* 130 S.Ct. 2521 (2010).

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney and

mailed to Plaintiff's attorney's office as follows: Merrill Schneider, P.O. Box 14490, Portland,

OR 97293. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt

shall be made to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

DATED this 2ᵗ day of March, 2016.

Michael McShane
United States District Court Judge